IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JaMICHAEL LaCOREY STONE, #284539,)
                                  )
         Plaintiff,               )
                                  )
    v.                            )   CASE NO. 2:21-CV-246-WHA-SMD
                                  )
PATRICE RICHIE JONES, et al.,     )
                                  )
         Defendant.               )

## **ORDER**

On June 15, 2021, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 8th day of July, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE